**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1897**

In re: HENRY EARL MILLER, a/k/a Stef, a/k/a Stefan,

Petitioner.

On Petition for Writ of Mandamus.  (6:04-cr-00022-JMC-3)

Submitted:  December 17, 2020

Decided:  December 21, 2020

Before THACKER, HARRIS, and QUATTLEBAUM, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Henry Earl Miller, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henry Earl Miller petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A). He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court recently took significant action on Miller's motion. On August 21, 2020, the court instructed the government to file a response. In September, the government filed a response in opposition and Miller filed a reply to the Government's response. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*